IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY LAGRONE                                                                PLAINTIFF

vs.                                    CASE NO. **5:04CV00369GH**

STANT MANUFACTURING, INC.                                            DEFENDANT

## <u>ORDER</u>

Pending before the Court is defendant's motion for reconsideration. Defendant argues that it is entitled to summary judgment on plaintiff's race discrimination claim that he was not promoted to a Maintenance Technician position.

The Court carefully reviewed the record at the time it determined that genuine issues of material fact existed with regard to plaintiff's race discrimination claim. The Court remains convinced that its February 1, 2006, ruling is correct, and is not persuaded that defendant is entitled to summary judgment.

Defendant also requests that the Court reconsider its ruling granting plaintiff's motion in limine asking that defendant be precluded from presenting evidence of pay increases and plaintiff's promotion subsequent to the filing of this action.  Defendant agues, inter alia, that it thought it had filed a response to the motion which was not docketed.

The Court, at the time, granted the motion based in part on the fact that defendant did not object to it.  In order to balance the scales, the Court will reconsider the ruling and will deny the motion in limine without prejudice to renew at trial.   The Court will be in a better position to determine  the admissibility of the evidence at the time it is proffered at trial.

Accordingly, the motion to reconsider is granted in part and denied in part.

IT IS SO ORDERED this 1st day of March, 2006.

_George Howard Jr_
UNITED STATES DISTRICT JUDGE