IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY LAGRONE                                      PLAINTIFF

vs.                        CASE NO. **5:04CV00369GH**

STANT MANUFACTURING, INC.                      DEFENDANT

### **ORDER**

The trial set for March 12, 2007, will be held at the United States Courthouse, Pine Bluff, Arkansas.

IT IS SO ORDERED this 2nd day of March, 2007.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE

-1-